**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION AT LOS ANGELES**

| | |
|---|---|
| SKYHAWKE TECHNOLOGIES, LLC, et al.<br><br>　　Plaintiffs and Counterclaim Respondents,<br><br>v.<br><br>DECA INTERNATIONAL CORP., et al.,<br><br>　　Defendants and Counterclaimants. | Case No. CV 18-1234-GW-PLAx<br><br>*Consolidated with* **CV 18-10408-GW-PLAx**<br><br>Hon. George H. Wu<br><br>**ORDER OF DISMISSAL** |

Before the Court is the Motion to Dismiss All Claims and Counterclaims Without Prejudice Pursuant to Rule 41(a)(2), filed by Plaintiffs SkyHawke Technologies, LLC and SkyHawke Licensing, LLC (Dkt. 381).

Having considered the Motion and related briefing, the parties' arguments, and all competent and admissible evidence of record, the Court ADOPTS its tentative ruling issued October 22, 2020 (Dkt. 395) as its final ruling.

IT IS HEREBY ORDERED THAT:

The Motion is GRANTED as modified;

Plaintiffs' claims in Case Nos. 2:18-cv-01234-GW-PLA and 2:18-cv-10408-GW-PLA are DISMISSED with prejudice in their entirety; and

Defendants' counterclaims in Case No. 2:18-cv-01234-GW-PLA are DISMISSED without prejudice.

Each party shall bear its own costs and attorneys' fees.

1       The Clerk of Court is directed to CLOSE both consolidated cases.

4 IT IS SO ORDERED.

7 Dated: December 7, 2020

                              Hon. George H. Wu
                              U.S. DISTRICT COURT JUDGE